# EXHIBIT 1



**EXHIBIT 1**

Garden of Life
P.O. Box 989728
West Sacramento, CA 95798-9728

Kimberly Williams

January 17, 2025

## Notice of Data Breach

Dear Kimberly Williams,

Garden of Life, LLC ("Garden of Life") values your business and respects the privacy of your information. We are writing to inform you of a data incident that may have involved your personal information.

### What Happened

On December 18, 2024, Garden of Life determined that an unknown third party gained access to the software that its website uses to collect payment card information for online purchases. The unauthorized access to Garden of Life's website appears to have occurred in July 2024. The software at issue in this incident is provided by a vendor and is separate from other areas of the Garden of Life website. There is no indication that any other Garden of Life systems or areas of its website were compromised.

### What Information Was Involved

The data that was accessed in this incident includes consumers' names, addresses, email addresses, credit card or debit card numbers and expiration dates, and card value verification (CVV) numbers.

### What We Are Doing

Immediately upon learning about the unauthorized access, Garden of Life engaged cybersecurity experts and took steps to isolate and disable the affected system. Garden of Life continues to investigate this incident and is considering additional security measures to help prevent a similar incident from occurring in the future.

We have made arrangements with IDX, to provide, at no cost to you, a 12-month membership to a credit monitoring plan, up to $1 million of insurance per affected individual to provide reimbursement for certain expenses relating to the incident, and fully managed identity theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.

### What You Can Do

We encourage you to check your credit and debit card accounts for any unauthorized transactions or other suspicious activity. In addition, we encourage you to review the enclosed Resources document. This document describes additional steps you can take to help protect yourself, including recommendations by the Federal Trade Commission on how to protect your information.